Harry E. KERN, Appellant,

v.

STANDARD OIL COMPANY,
a Corporation.

No. 15350.

United States Court of Appeals
Eighth Circuit.

Feb. 17, 1956.

PER CURIAM.

Judgment of District Court appealed from, D.C., 135 F.Supp. 105, vacated and cause remanded to District Court with directions that cause be dismissed for lack of jurisdiction, in accordance with opinion filed Jan. 10, 1956; 8 Cir., 228 F.2d 699.

Ernest MUNGER, Appellant,

v.

UNITED STATES of America.

No. 15480.

United States Court of Appeals
Eighth Circuit.

Feb. 21, 1956.

John C. Farrar, Rapid City, S. D., for appellant.

Perry W. Morton, Asst. Atty. Gen., Roger P. Marquis, Chief, Appellate Section, Lands Division, Dept. of Justice, Reginald W. Barnes, Atty., Dept. of Justice, Washington, D. C., and Clinton G. Richards, U. S. Atty., Sioux Falls, S. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.

MIDWEST FEED PRODUCTS COMPANY, Appellant,

v.

AMES–BURNS COMPANY.

No. 15447.

United States Court of Appeals
Eighth Circuit.

Feb. 21, 1956.

Robert L. Jackson, Kansas City, Mo., for appellant.

Martin J. Purcell, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal filed by appellant.

THE SALISBURY COMPANY, a Corporation, et al., Petitioners,

v.

FEDERAL TRADE COMMISSION.

No. 15429.

United States Court of Appeals
Eighth Circuit.

Feb. 28, 1956.

Armin M. Johnson and Donald L. Robertson, Minneapolis, Minn., for petitioners.

Robert B. Dawkins, Asst. Gen. Counsel, Federal Trade Commission, Washington, D. C., for respondent.

PER CURIAM.

Petition for review of order of Federal Trade Commission dismissed, on motion of respondent, etc.